JAMES B. RAFTER et al., Executors, etc., Respondents, *v.*
HARVEY A. FOLTZ et al., Appellants.

(Submitted October 21, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made July 1, 1887, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee.

*George W. Smith* for appellants.

*James B. Rafter* for respondents.

Agree to affirm; no opinion.
All concur, except FOLLETT, Ch. J., and VANN, J., not sitting.
Judgment affirmed. _____